**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RANDY C. HOYER**

**Defendant.**

**Civil No. 00-2455 JMR/SRN**

**ORDER**

---

This matter came before the undersigned United States Magistrate Judge on September 10, 2001, on the motion of the United States for an Order compelling discovery and for sanctions. The motion was unopposed. Mary L. Trippler, Assistant United States Attorney, appeared for the United States. No appearance was made for the defendant, Randy C. Hoyer.

Following the hearing, the Court requested the United States to again attempt to contact Mr. Hoyer regarding compliance with these discovery requests. On September 19, 2001, the United States submitted an Affidavit stating that contact was made with Mr. Hoyer, who promises to comply with the outstanding discovery requests within a week.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion (Doc. No. 6) be granted, and that the defendant, Randy C. Hoyer, shall provide full and complete answers to plaintiff's discovery within 10 days of this Order;

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS FURTHER ORDERED that if defendant fails to comply with an order compelling discovery, a Report and Recommendation will issue, recommending that his answer and counterclaim be stricken and default judgment be entered in favor of the United States and against defendant.

DATED: September 20, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500