UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2455 JMR/SRN

UNITED STATES OF AMERICA,
Plaintiff,
v.
RANCY C. HOYER,
Defendant,

ORDER

This matter comes before the Court on the motion of the United States for an Order compelling discovery and for sanctions. Mary L. Trippler, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion be granted, and that the defendant, Randy C. Hoyer, shall provide full and complete answers to plaintiff's discovery no later than October 29, 2001.

IT IS FURTHER ORDERED that if defendant fails to comply with an order compelling discovery, a Report and Recommendation will issue, without further notice to defendant, that his answer and counterclaim be stricken and default judgment be entered in favor of the United States and against defendant without further notice to defendant.

Dated: Oct. 18, 2001

Susan Richard Nelson
United States Magistrate Judge

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK