**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America,** **Civil No. 00-2455 JMR/SRN**

**Plaintiff,**

**v.** **ORDER**

**Randy C. Hoyer,**

**Defendant.**

---

This matter came before the Court on the motion of the United States to extend the time in which to file a dispositive motion. Mary L. Trippler, Assistant United States Attorney, appeared for the United States. Defendant Randy Hoyer did not appear pro se, nor did defendant file any response or objection to plaintiff's motion.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the motion (Doc. No. 15) is granted. Dispositive motions must be filed and ready for hearing on or before May 1, 2002.

DATED: March 5, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK